UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

GABRIELLE MONACO, on behalf
of herself and other similarly
situated individuals,                                    18-cv-04101 (AMD) (VMS)

                Plaintiff,

v.

THE HISTORIC OLD BERMUDA INN, INC.,
and JOHN VINCENT SCALIA, SR.,

                Defendants.
------------------------------------------------------------------------x

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL
<u>APPROVAL OF CLASS ACTION SETTLEMENT AND
CLASS COUNSEL'S FEES AND EXPENSES</u>**

    PLEASE TAKE NOTICE that the upon the Declaration of Jason L. Solotaroff and Plaintiffs' Memorandum of Law in Support of (1) Final Approval of Class Action Settlement, (2) Certification of the Settlement Class, (3) Approval of the FLSA Settlement, and (4) Approval of Class Counsel's Request for Attorney's Fees and Reimbursement of Expenses, and all supporting declarations submitted herewith, Plaintiff will move on October 2, 2019, at 10 a.m., in the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for entry of the proposed Order, attached hereto as Exhibit A, granting final approval of the Settlement of the Class Action, the FLSA collective action, and certification of the settlement class, awarding Class Counsel's fees and reimbursement of expenses, and dismissing this action with prejudice.

1

Dated: October 1, 2019
New York, New York

                            GISKAN SOLOTAROFF & ANDERSON LLP

By: _____
     Jason L. Solotaroff
     Amy E. Robinson
     90 Broad Street, 10th Floor
     New York NY 1004
     212-847-831

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

GABRIELLE MONACO, on behalf
of herself and other similarly
situated individuals,                                           18-cv-04101 (AMD) (VMS)

            Plaintiff,

  v.

THE HISTORIC OLD BERMUDA INN, INC.,
and JOHN VINCENT SCALIA, SR.,

            Defendants.
------------------------------------------------------------------------x

## (Proposed) FINAL JUDGMENT AND ORDER

Upon Plaintiff's motion for final approval of the settlement of the class action pursuant to FRCP 23 and the collective action pursuant to the Fair Labor Standards Act, IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:

    1.  Final approval of the Settlement Agreement and Release (the "Agreement"), which sets forth the terms and conditions for the settlement of in the above entitled action against Defendants ("the Lawsuit") is granted:

    2.  At the October 2, 2019 Fairness Hearing, the parties appeared before the Court and all issues related to the Agreement and/or its implementation were resolved on the record;

    3.  That for purposes of this ORDER, all terms not otherwise defined herein shall have the same meanings set forth in the Agreement;

    4.  Class Certification under FRCP 23(3) is granted for settlement purposes only;

5. The request of Giskan Solotaroff & Anderson LLP for approval of attorney's fees and expenses is granted;

6. The service award for Plaintiff Gabrielle Monaco is granted;

7. The Class Administrator's fees for administering the settlement are granted;

8. The Settlement Claims Administrator is directed to distribute Settlement Checks to the Authorized Claimants; the service award to Gabrielle Monaco; the fees and costs to Giskan Solotaroff & Anderson LLP and to satisfy the employer obligations to pay all employer payroll taxes.

9. The Lawsuit is dismissed with prejudice and without costs to either party;

10. Plaintiff and Class Members who have not properly and timely exercised their opt-out rights in this lawsuit are hereby conclusively deemed to have released or discharged Defendants from, and are permanently enjoined and barred from asserting, either directly or indirectly, against Defendants – specifically THE HISTORIC OLD BERMUDA INN, INC., and JOHN VINCENT SCALIA, SR. -- any and all claims released in the Settlement Agreement – except to enforce the terms of the Agreement;

11. The notice given to the Class Members fully and accurately informed the members of the class of the proposed settlement, was the best notice practicable under the circumstances, and constituted valid, due and sufficient notice to all members of the class complying fully with FRCP 23; and

12. All issues were otherwise resolved at the Fairness Hearing and in accordance with the ORDER issued therein.

Dated:_____
      Brooklyn, New York

                                        _____
                                        HONORABLE VERA M. SCANLON
                                        U.S. MAGISTRATE JUDGE