# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

January 27, 2020

**BY ECF**
Honorable Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Monaco v. Historic Old Bermuda Inn, et al.*
               **Case No. 18-cv-04101 (AMD) (VS)**

Dear Judge Scanlon:

      This firm represents Plaintiff Gabrielle Monaco, the class, and potential opt-in plaintiffs in the above referenced matter. On behalf of both parties, I write to ascertain whether the Court needs any additional information from the parties in connection with final approval of the proposed settlement.

      As the Court may recall, at the final approval hearing on October 2, 2019, the Court requested that the parties address certain concerns. The parties submitted a joint letter on October 23, 2019 with their responses to those concerns. To the extent the Court has any remaining or additional concerns, the parties are prepared to address them at the Court's convenience.

      Thank you for your attention to this matter.

                              Respectfully submitted,

                              /s

                              Jason L. Solotaroff

cc:    All counsel (by ECF)